IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JEFFERY ALLEN McCLELLAN,    )
                            )
    Plaintiff,              )
                            )      CIVIL ACTION NO.
    v.                      )        2:15cv139-MHT
                            )            (WO)
CAPTAIN BRYANT and CAPTAIN  )
LAWSON,                     )
                            )
    Defendants.             )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining of discrimination, retaliation, and intentional endangerment. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to prosecute the case and respond to orders of the court. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of August, 2015.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE